JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HOPE NATIONAL MEDICAL CENTER, a California non-profit public benefit corporation<br><br>Plaintiff,<br><br>vs.<br><br>TEAMSTERS SECURITY FUND FOR SOUTHERN NEVADA, a voluntary employees benefit association pursuant to 26 U.S.C. § 501(c)(9), AND DOES 1 THROUGH 25, INCLUSIVE<br><br>Defendants. | Case No.:   CV 08-4014 PA (Ex)<br><br>Hon. Percy Anderson<br><br>[PROPOSED] ORDER FOR STIPULATION OF DISMISSAL |

- 1 -

## ORDER

Pursuant to the Stipulation of Dismissal between Plaintiff CITY OF HOPE NATIONAL MEDICAL CENTER and Defendant TEAMSTERS SECURITY FUND OF SOUTHERN NEVADA, it is hereby ordered that this matter be dismissed with prejudice.

DATED: 8/19/08

By: _____
Hon. Percy Anderson
JUDGE, U.S. DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA